January 25, 2008

Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794

Mr. H. J. Gruy
333 Clay Street, Suite 3850
Houston, TX 77002
Ms. Cynthia Hollingsworth
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201-4761

RE: Case Number: 03-1066
 Court of Appeals Number: 05-02-00669-CV
 Trial Court Number: 1-95-470

Style: ARKOMA BASIN EXPLORATION COMPANY, INC., ET AL.
 v.
 FMF ASSOCIATES 1990-A, LTD., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. The Motion to Release Security is
dismissed as moot.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz |
| |Ms. Kay McDaniel |
| |Mr. Jack Crichton |
| |Aaron Cawley |
| |Mr. Lance Holland |
| |Mr. B. Charles |
| |Spradlin |
| |Mr. Larry T. Long |
| |H. J. Gruy |
| |Mr. Alex Mills |